# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 1:14-00122-WS-N |
| ) | |
| RICHARD LEE WATTS, ) | |
|     Defendant. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 116) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Criminal Procedure 59(b)(1), and S.D. Ala. GenLR 72(a)(2)(N), and dated September 30, 2020, is **ADOPTED** as the opinion of the Court.

Accordingly, the Petition for Relief from Conviction or Sentence pursuant to Alabama Rule of Criminal Procedure 32 (Doc. 111) filed by Defendant Richard Lee Watts is deemed **WITHDRAWN**, and accordingly is **TERMINATED** as an active matter.

**DONE** and **ORDERED** this the 16th day of November 2020.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE